1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MICHAEL MAFFEI (CABN 240978)
   KAREN KREUZKAMP (CABN 246151)
5  Assistant United States Attorneys

6      450 Golden Gate Avenue, Box 36055
       San Francisco, California 94102-3495
7      Telephone: (415) 436-7246
       Fax: (415) 436-7207
8      Email: Michael.Maffei@usdoj.gov

9  Attorneys for United States of America

10                          UNITED STATES DISTRICT COURT

11                         NORTHERN DISTRICT OF CALIFORNIA

12                                SAN FRANCISCO DIVISION

13 UNITED STATES OF AMERICA,              )   CASE NO. CR-17-00040-RS
                                          )
14         Plaintiff,                     )   [PROPOSED] ORDER AND
                                          )   STIPULATION TO CONTINUE AND EXCLUDE
15    v.                                  )   TIME FROM THE SPEEDY TRIAL ACT
                                          )   CALCULATION
16 MARC CHRISTOPHER BROCKHAUS,            )
                                          )
17         Defendant.                     )
                                          )
18

19         With the agreement of the parties, and with the consent of the defendant, the Court enters this

20 order vacating the currently scheduled status conference on Tuesday, March 7, 2017, and orders the

21 matter re-set on Tuesday, March 28, 2017 at 2:30 p.m. for a change of plea or trial setting, and confirms

22 the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 7, 2017 to March

23 28, 2017. The parties agree, and the Court finds and holds, as follows:

24         1. The parties have been in discussion about a resolution in this matter, and believe that a short

25 continuance is warranted to finalize a plea agreement and to allow the defense to continue to review the

26 discovery provided by the government. Therefore, the parties respectfully request that the Court vacate

27 the currently scheduled status date of Tuesday, March 7, 2017, and re-set the matter for Tuesday, March

28 28, 2017, at 2:30 p.m. for a change of plea or trial setting.

2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

3. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for excluding time.  Given these circumstances, the Court finds that the ends of justice served by excluding the period from March 7, 2017 through and including March 28, 2017, outweigh the best interest of the public and the defendant in a speedy trial.  18 U.S.C. § 3161(h)(8)(A).

4. Accordingly, and with the consent of the defendant, the Court ORDERS THAT:

(1) the currently-scheduled status date of March 7, 2017 shall be vacated;

(2) the matter shall be re-set for March 28, 2017, at 2:30 p.m. for a change of plea or trial setting; and

(3) the period from March 7, 2017 through and including March 28, 2017, shall be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A).

IT IS SO STIPULATED.

DATED:  March 2, 2017

BRIAN J. STRETCH
United States Attorney

/s/
MICHAEL MAFFEI
KAREN KREUZKAMP
Assistant United States Attorney

DATED:  March 2, 2017

/s/
JONATHAN MCDOUGALL
Counsel for the Defendant

IT IS SO ORDERED.

DATED: 3/2/17

HON. RICHARD SEEBORG
United States District Judge

STIP. AND [PROPOSED] ORDER
CR-17-00040-RS

2