|   |   |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 |   |
| 3 | BARBARA VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | MICHAEL MAFFEI (CABN 240978)<br>KAREN KREUZKAMP (CABN 246151) |
| 5 | Assistant United States Attorneys |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495 |
| 7 | Telephone: (415) 436-7246<br>Fax: (415) 436-7207 |
| 8 | Email: Michael.Maffei@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR-17-00040-RS |
|---|---|
| Plaintiff, | ) [~~PROPOSED~~] ORDER AND<br>) STIPULATION TO CONTINUE AND EXCLUDE |
| v. | ) TIME FROM THE SPEEDY TRIAL ACT<br>) CALCULATION |
| MARC CHRISTOPHER BROCKHAUS, | ) |
| Defendant. | ) |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the currently scheduled status conference on Tuesday, March 28, 2017, and orders the matter re-set on Tuesday, April 4, 2017 at 2:30 p.m. for a change of plea or trial setting, and confirms the exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(b), from March 28, 2017 to April 4, 2017. The parties agree, and the Court finds and holds, as follows:

1. The parties have been in discussion about a resolution in this matter, and believe that a short continuance is warranted to finalize a plea agreement and to allow the defense to continue to review the discovery provided by the government. Therefore, the parties respectfully request that the Court vacate the currently scheduled status date of Tuesday, March 28, 2017, and re-set the matter for Tuesday, April 4, 2017, at 2:30 p.m. for a change of plea or trial setting.

   2. The defendant agrees to an exclusion of time under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) to provide reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

   3. The Court finds that, taking into the account the public interest in the prompt disposition of criminal cases, these grounds are good cause for excluding time. Given these circumstances, the Court finds that the ends of justice served by excluding the period from March 28, 2017 through and including April 4, 2017, outweigh the best interest of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(8)(A).

   4. Accordingly, and with the consent of the defendant, the Court ORDERS THAT:

   (1) the currently-scheduled status date of March 28, 2017 shall be vacated;

   (2) the matter shall be re-set for April 4, 2017, at 2:30 p.m. for a change of plea or trial setting; and

   (3) the period from March 28, 2017 through and including April 4, 2017, shall be excluded from the Speedy Trial Act calculations under 18 U.S.C. § 3161(h)(8)(A).

   IT IS SO STIPULATED.

DATED: March 27, 2017

BRIAN J. STRETCH
United States Attorney

/s/
MICHAEL MAFFEI
KAREN KREUZKAMP
Assistant United States Attorney

DATED: March 27, 2017

/s/
JONATHAN MCDOUGALL
Counsel for the Defendant

   IT IS SO ORDERED.

DATED: 3/27/17

HON. RICHARD SEEBORG
United States District Judge

STIP. AND [PROPOSED] ORDER
CR-17-00040-RS

2