JONATHAN D. MCDOUGALL
STATE BAR NO. 212359
1640 Laurel Street
San Carlos, CA 94070
Telephone: (650) 594-4200
Facsimile: (650) 594-4205

Attorney for Defendant
MARC CHRISTOPHER BROCKHAUS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> MARC CHRISTOPHER BROCKHAUS ) <br> Defendant. ) | CR 17-00040 RS <br><br> STIPULATION AND <br> [~~PROPOSED~~] ORDER <br> REGARDING CONDITIONS <br> OF RELEASE |

With the agreement of counsel for both parties, and with the approval of United States Pretrial Services, and with the consent of defendant Marc Brockhaus, the Court enters this Order documenting an amendment to the CONDITIONS OF RELEASE AND APPEARANCE dated February 2, 2017 and modified on February 16, 2017. The parties agree, and the Court finds and holds as follows:

1. Defendant appeared before this Court on February 2, 2017 for a detention hearing pursuant to 18 U.S.C. §§ 3142(e) and 3142(f). At that time, this Court released the defendant on a $100,000.00 unsecured bond, with among other standard conditions, specifically the following added condition:

    a. That Mr. Brockhaus not have access to any computer or internet accessing related devices.

2. At the time of the detention hearing, the Court indicated it would reconsider the condition denying access to a computer if Pretrial Services could adequately monitor Mr. Brockhaus' access to the internet.

3. At this time, Pretrial Services has indicated an ability to monitor Mr. Brockhaus' internet use with a Windows based computer and payment of a start up fee.

4. Accordingly, and with the consent of all Parties, the Court orders that the defendant's conditions of release and appearance are AMENDED to allow computer use and internet access only under the supervision and monitoring by U.S. Pretrial Services.

**IT IS SO STIPULATED.**

DATED: April 30, 2017

_____
JONATHAN D. MCDOUGALL
Attorney for Defendant

DATED: April 30, 2017

_____/s/_____

MICHAEL MAFFEI
KAREN KREUZKAMP
Assistant United States Attorney

IT IS SO ORDERED.

DATED: 4/28/2017

_____
U.S. MAGISTRATE JUDGE BEELER

2

Attestation of Filer

In addition to myself, the other signatory to this document is AUSA Karen Kreuzcamp or AUSA Michael Maffei. I attest that I have his permission to enter a conformed signature on his behalf and to file the document.

Dated: April 30, 2017

_____
JONATHAN D. MCDOUGALL
Attorney for Defendant
Marc Brockhaus