1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KAREN KREUZKAMP (CABN 246151)
   Assistant United States Attorneys
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-7014
7       Fax: (415) 436-7234
        Email: Karen.Kreuzkamp@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-00040 RS |
| Plaintiff, | [~~PROPOSED~~] ORDER AND STIPULATION CONTINUING STATUS FOR SENTENCING |
| v. | |
| MARC CHRISTOPHER BROCKHAUS, | |
| Defendant. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the currently scheduled status for sentencing date on September 19, 2017, at 2:30 p.m. and re-setting the matter for November 21, 2017 at 2:30 p.m. The parties agree, and the Court finds and holds, as follows:

1. The defendant is currently out of custody.

2. This matter is currently set for a status on sentencing date on September 19, 2017.

3. Accordingly, and with the consent of the defendant, the Court:

    (1) sets a status for sentencing date on November 21, 2017, at 2:30 p.m.; and

    (2) vacates the currently-scheduled status for sentencing date of September 19, 2017.

//

IT IS SO STIPULATED.

DATED: September 18, 2017

BRIAN J. STRETCH
United States Attorney

/s/
KAREN KREUZKAMP
Assistant United States Attorney

DATED: September 18, 2017

/s/
JONATHAN MCDOUGALL
Counsel for the Defendant

IT IS SO ORDERED.

DATED: 9/18/17

HON. RICHARD SEEBORG
United States District Judge