| | |
|---|---|
| 1 | BRIAN J. STRETCH (CABN 163973)<br>United States Attorney |
| 2 | |
| 3 | BARBARA J. VALLIERE (DCBN 439353)<br>Chief, Criminal Division |
| 4 | KAREN KREUZKAMP (CABN 246151)<br>Assistant United States Attorney |
| 5 | |
| 6 | 450 Golden Gate Avenue, Box 36055<br>San Francisco, California 94102-3495<br>Telephone: (415) 436-7014 |
| 7 | Fax: (415) 436-7234<br>Email: Karen.Kreuzkamp@usdoj.gov |

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-17-00040 RS |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE HEARING DATE; |
| | ) | AND [~~PROPOSED~~] ORDER THEREON |
| v. | ) | AS MODIFIED BY THE COURT |
| | ) | |
| MARC CHRISTOPHER BROCKHAUS, | ) | |
| | ) | |
| Defendant. | ) | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the currently scheduled status for sentencing date on November 21, 2017, at 2:30 p.m. and re-setting the matter for January ~~31~~ 30, 2018, at 2:30 p.m. The parties agree, and the Court finds and holds, as follows:

    1. The defendant is currently out of custody.

    2. This matter is currently set for a status on sentencing date on November 21, 2017.

    3. Accordingly, and with the consent of the defendant, the Court:

        (1) sets a status for sentencing date on January ~~31~~ 30, 2018, at 2:30 p.m.; and

        (2) vacates the currently-scheduled status for sentencing date of November 21, 2017.

STIPULATION AND PROPOSED ORDER    1
CR 17-00040 RS

IT IS SO STIPULATED.

DATED: November 16, 2017
BRIAN J. STRETCH
United States Attorney

/s/
KAREN KREUZKAMP
Assistant United States Attorney

DATED: November 16, 2017

/s/
JONATHAN MCDOUGALL
Counsel for the Defendant

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT the status hearing that had been set for November 15, 2017 at 2:30 p.m., be re-set to **January 30, 2018 at 2:30 p.m.**

IT IS SO ORDERED.

DATED: 11/16/17

HON. RICHARD SEEBORG
United States District Judge