1  ALEX G. TSE (CABN 152348)
   Acting United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KAREN KREUZKAMP (CABN 246151)
   Assistant United States Attorney
5
         450 Golden Gate Avenue, Box 36055
6        San Francisco, California 94102-3495
         Telephone: (415) 436-7014
7        Fax: (415) 436-7234
         Email: Karen.Kreuzkamp@usdoj.gov
8
   Attorneys for United States of America
9
                      UNITED STATES DISTRICT COURT
10
                     NORTHERN DISTRICT OF CALIFORNIA
11
                          SAN FRANCISCO DIVISION
12

13
   UNITED STATES OF AMERICA,            ) CASE NO. CR 17-00040 RS
14                                      )
          Plaintiff,                    ) STIPULATION TO CONTINUE HEARING DATE;
15                                      ) AND [PROPOSED] ORDER THEREON
      v.                                )
16                                      )
   MARC CHRISTOPHER BROCKHAUS,          )
17                                      )
          Defendant.                    )
18                                      )

19

20        With the agreement of the parties, and with the consent of the defendant, the Court enters this order

21 vacating the currently scheduled status for sentencing date on January 31, 2018 at 2:30 p.m. and re-setting

22 the matter for March 27, 2018 at 2:30 p.m., at which time the parties believe that they will be in a position

23 to set a sentencing date. The parties agree, and the Court finds and holds, as follows:

24        1. The defendant is currently out of custody.

25        2. This matter is currently set for a status on sentencing date on January 31, 2018.

26        3. Accordingly, and with the consent of the defendant, the Court:

27              (1) sets a status for sentencing date on March 27, 2018, at 2:30 p.m.; and

28              (2) vacates the currently-scheduled status for sentencing date of January 31, 2018.

STIPULATION AND PROPOSED ORDER           1
CR 17-00040 RS

IT IS SO STIPULATED.

DATED: January 25, 2018

ALEX G. TSE
Acting United States Attorney

_____/s/_____
KAREN KREUZKAMP
Assistant United States Attorney

DATED: January 25, 2018

_____/s/_____
JONATHAN MCDOUGALL
Counsel for the Defendant

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT the status hearing that had been set for January 30, 2018 at 2:30 p.m., be re-set to **March 27, 2018 at 2:30 p.m.**

IT IS SO ORDERED.

DATED: 1/26/18

_____
HON. RICHARD SEEBORG
United States District Judge