1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KAREN KREUZKAMP (CABN 246151)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102-3495
       Telephone: (415) 436-7014
7      Fax: (415) 436-7234
       Email:  Karen.Kreuzkamp@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR 17-00040 RS |
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING DATE; AND [~~PROPOSED~~] ORDER THEREON |
| v. | |
| MARC CHRISTOPHER BROCKHAUS, | |
| Defendant. | |

With the agreement of the parties, and with the consent of the defendant, the Court enters this order vacating the currently scheduled sentencing date of November 27, 2018 at 2:30 p.m. and re-setting sentencing for January 22, 2019 at 2:30 p.m.  The parties agree, and the Court finds and holds, as follows:

1. The defendant is currently out of custody.

2. This matter is currently set for sentencing on November 27, 2018.

3. While the parties are in receipt of a draft presentence report from the United States Probation Office, the officer who prepared the report has left that office and the case has been reassigned to a new officer.  The new officer is becoming familiar with the draft report and is working through the objections

STIPULATION AND PROPOSED ORDER          1
CR 17-00040 RS

made by defense counsel.

4. The parties jointly request that the sentencing date be continued to allow the newly assigned Probation Officer time to resolve the objections.

5. The Probation Officer is available on January 22, 2019.

6. Accordingly, and with the consent of the defendant, the Court:

    (1) sets a sentencing date of January 22, 2019, at 2:30 p.m.; and

    (2) vacates the currently-scheduled sentencing date of November 27, 2018.

IT IS SO STIPULATED.

DATED: November 14, 2018

ALEX G. TSE
United States Attorney

/s/
KAREN KREUZKAMP
Assistant United States Attorney

DATED: November 14, 2018

/s/
JONATHAN MCDOUGALL
Counsel for the Defendant

Based upon the above Stipulation, and for good cause appearing, THE COURT ORDERS THAT the sentencing date of November 27, 2018 at 2:30 p.m., be re-set to **January 22, 2019 at 2:30 p.m.**

IT IS SO ORDERED.

DATED: 11/14/18

HON. RICHARD SEEBORG
United States District Judge

STIPULATION AND PROPOSED ORDER
CR 17-00040 RS

2